Certificate Number: 05781-PAW-DE-035301552

Bankruptcy Case Number: 20-22849



05781-PAW-DE-035301552

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2021, at 2:08 o'clock PM PST, Lisa Evans completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 25, 2021              By:     /s/Allison M Geving

                                      Name:   Allison M Geving

                                      Title:  President