# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lisa M. Evans**<br>　　　　　　　　**Debtor(s)** | **BK NO. 20-22849 GLT** |
| **Scolopax, LLC**<br>　　　　　　　　**Movant**<br>　　vs.<br>**Lisa M. Evans**<br>　　　　　　　　**Respondent**<br>**Ronda J. Winnecour**, (**Trustee**)<br>　　　　　　**Additional Respondent** | **Chapter 13**<br><br>**Related to Document No. 46,47**<br><br>**Hearing Date:**<br><br>**Hearing Time:**<br><br>**Objection Deadline:** |

## CERTIFICATE OF SERVICE OF ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 5, 2021, I served the above captioned pleading, along with the Redacted Claim filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lisa M. Evans
511 Timber Trail
Imperial, PA 15126

Attorney for Debtor(s)
Michael S. Geisler, Esq.
201 Penn Center Blvd
Suite 524 (Via ECF)
Pittsburgh, PA 15235
m.s.geisler@att.net
VIA ECF

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
VIA ECF

Method of Service:  electronic means or first class mail

Dated: February 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant