WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    LISA M. EVANS

Chapter 13
Case Number: 20-22849

## WITHDRAWAL OF PROOF OF CLAIM

      Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 11/30/2020, marked as claim number 6 on the court's claims register, for the account number ending in 0001, and in the amount of $838.53.

Dated: 06/28/2021

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 7329499Withdraw

0001