**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-22849** |
| **Lisa M. Evans** : | **Chapter 13** |
| : | **Judge Gregory L. Taddonio** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Lisa M. Evans** : | |
| : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                  Respectfully submitted,

                  /s/ Stephen R. Franks
                  Stephen R. Franks, Esquire (0075345)
                  Adam B. Hall (323867)
                  Sarah E. Barngrover (323972)
                  Edward H. Cahill (0088985)
                  Manley Deas Kochalski LLC
                  P.O. Box 165028
                  Columbus, OH  43216-5028
                  Telephone: 614-220-5611
                  Fax: 614-627-8181
                  Attorneys for Creditor
                  The case attorney for this file is Stephen R. Franks.
                  Contact email is srfranks@manleydeas.com

21-014744_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-22849** |
| **Lisa M. Evans** | : | **Chapter 13** |
| | : | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Lisa M. Evans** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 15, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Michael S. Geisler, Attorney for Lisa M. Evans, m.s.geisler@att.net

Service by First-Class Mail:
Lisa M. Evans, 511 Timber Trail, Imperial, PA  15126

Lisa M. Evans, 511 Timber Trl, Imperial, PA  15126-9696

EXECUTED ON: July 15, 2021

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

21-014744_PS