IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LISA M. EVANS,** | : | Case No. **20-22849-GLT** |
| *Debtor,* | : | |
| | : | Related to Doc. No. 61 |
| **LISA M. EVANS,** | : | |
| *Movant,* | : | Hearing Date: |
| Vs. | : | |
| **PNC BANK, N.A. and** | : | |
| **RONDA J. WINNECOUR, TRUSTEE,** | : | |
| *Respondents,* | : | |

**DECLARATION BY DEBTOR
RE: NOTICE OF PAYMENT CHANGE**

AND NOW comes the Debtor, LISA M. EVANS, by and through her Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Declaration, of which the following is a statement:

1. The Debtor is LISA M. EVANS.

2. On 7/6/2021, a Notice of Payment Change was filed by PNC BANK, N.A., seeking a payment of $221.77 per month effective 7/28/2021 a change from the current payment of $221.34 per month.

3. Either an Amended Plan, Declaration or Objection must be filed by the Debtor.

4. The Debtor now states that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

/s/ Michael S. Geisler

DATED: 7/29/2021

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
Fax: (412) 372-2513
E-Mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 13 |
| : | |
| **LISA M. EVANS,** : | Case No. **20-22849-GLT** |
| *Debtor,* : | |
| : | Related to Doc. No. 61 |
| **LISA M. EVANS,** : | |
| *Movant,* : | Hearing Date: |
| Vs. : | |
| **PNC BANK, N.A. and** : | |
| **RONDA J. WINNECOUR, TRUSTEE,** : | |
| *Respondents,* : | |

## CERTIFICATE OF SERVICE

     I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Declaration upon the following by First Class Mail, Postage Prepaid unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE        (BY ELECTRONIC MEANS)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

STEPHEN RUSSELL FRANKS, ESQUIRE
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

SLOANE B. O'DONNELL, ESQUIRE
c/o Frost Brown Todd LLC
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219

MARIBETH THOMAS, ESQUIRE
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA 15222

                                                                  /s/ Michael S. Geisler

DATED: 7/29/2021

                                              **MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
Fax: (412) 372-2513
E-Mail: m.s.geisler@att.net