**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LISA M. EVANS | Case No. 20-22849GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant<br>SCOLOPAX LLC | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

SCOLOPAX THROUGH ITS COUNSEL HAS INFORMED TRUSTEE THAT THE DEBT IS PAID IN FULL. NO ADDITIONAL INFORMATION HAS BEEN PROVIDED. A REQUEST FOR INFORMATION FROM DEBTOR'S COUNSEL HAS GONE UNANSWERED.

SCOLOPAX LLC
C/O WEINSTEIN & RILEY PS
PO BOX 3978
SEATTLE, WA 98124-3978

Court claim# 11-4/Trustee CID# 4

The Movant further certifies that on 04/20/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>LISA M. EVANS, 511 TIMBER TRAIL, IMPERIAL, PA  15126<br><br>:<br>WEINSTEIN & RILEY PS, 2001 WESTERN AVE STE 400, SEATTLE, WA  98121<br><br>ORIGINAL CREDITOR:<br>SCOLOPAX LLC, C/O WEINSTEIN & RILEY PS, PO BOX 3978, SEATTLE, WA 98124-3978<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA 15235<br><br>ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
|---|---|