**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/12/2024

IN RE:

LISA M. EVANS
511 TIMBER TRAIL
IMPERIAL, PA 15126
XXX-XX-5457        Debtor(s)

Case No. 20-22849 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/12/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6561 |
| **TUCKER ARENSBERG PC**<br>1500 ONE PPG PL<br>PITTSBURGH, PA  15222-5401 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)**\*<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:3   INT %:  12.00%<br>Court Claim Number:12<br>CLAIM:  3,348.82<br>COMMENT:  691-L-90\*CL12GOV\*2093.02@12%/PL\*WNTS 12%\*13-20/CL\*NO TAX YRS/PL\*W/19 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1L90 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS(\*)<br>PO BOX 93024<br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number:4   INT %:  6.00%<br>Court Claim Number:11-5<br>CLAIM:  2,819.27<br>COMMENT:  AMD CL=$3108.97 (TOTAL P+I ALREADY PD)\*4204/PL@6%@LENDMARK\*\*PIF/CRD\*I | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  3205 |
| **NORTH FAYETTE TWP (MUNIC FEES)**<br>400 N BRANCH RD<br>OAKDALE, PA  15071 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NO YRS/SCH\*NT PROV/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL\*DKT4PMT-LMT\*X9293/SCH\*$0ARRS/CL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1130 |
| **WEST ALLEGHENY SD (N FAYETTE) (RE TAX)**<br>C/O TAX OFFICE - CURRENT YRS<br>400 N BRANCH RD<br>OAKDALE, PA  15071 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NO YRS/SCH\*NT PROV/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ  07921 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CLEARVIEW FCU**\*\*<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  980.54<br>COMMENT:  0009\*CHECKING ACCOUNT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8945 |
| **CLEARVIEW FCU**\*\*<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  739.82<br>COMMENT:  0010\*US AIRWAYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8945 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 731.70<br>COMMENT: GE CAP CORP*JCPENNEY*STALE*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1217 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 129.80<br>COMMENT: GE CAP BANK*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6561 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 394.43<br>COMMENT: COMENITY*ANN TAYLOR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9554 |
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,081.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6716 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: CL 6 @838.53 W/D-DOC 54*ORDER@DOC 59*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF MID**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 474.79<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4310 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 3,985.06<br>COMMENT: 691-L-90*CL12GOV*2434.02@0%/PL*NON-INT*13-20/CL*NO TAX YRS/PL*W/3 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1L90 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 107.75<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| | | |
|---|---|---|
| **SCOLOPAX LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 93024 | | |
| | CLAIM: 0.00 | |
| LAS VEGAS, NV 89193-3024 | COMMENT: | |
| | | |
| **GRB LAW**** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: SCOLOPAX/PRAE | |
| | | |
| **SCOLOPAX LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:11-5 | ACCOUNT NO.: 3205 |
| PO BOX 93024 | | |
| | CLAIM: 0.00 | |
| LAS VEGAS, NV 89193-3024 | COMMENT: NO GEN UNS/SCH*AMD CL=$0*W/4 | |
| | | |
| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-5028 | COMMENT: PNC BANK/PRAE | |