Certificate Number: 15317-PAW-DE-039464313

Bankruptcy Case Number: 20-22849



15317-PAW-DE-039464313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2025, at 11:42 o'clock AM PDT, Lisa M Evans completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 20, 2025           By:   /s/Dolly Perez

                                Name: Dolly Perez

                                Title: Credit Counselor