Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lisa M. Evans** | : | Case No. 20−22849−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 72 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/2/25 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of April, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 72 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before June 9, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 2, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22849-GLT |
| Lisa M. Evans | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: 604 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Evans, 511 Timber Trail, Imperial, PA 15126-9696 |
| 15295671 | | Brett A. Solomon, Esquire, Tucker Arensberg, PC, 1500 PPG Place, Pittsburgh, PA 15222 |
| 15295672 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15295674 | + | North Fayette Township, 400 North Branch Road, Oakdale, PA 15071-3646 |
| 15295676 | + | West Allegheny SD, P.O. Box 55, Imperial, PA 15126-0055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 30 2025 01:39:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2025 01:42:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 30 2025 01:39:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:53:24 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15316851 | | Email/Text: bnc@atlasacq.com | Apr 30 2025 01:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15305162 | + | Email/Text: g17768@att.com | Apr 30 2025 01:39:00 | ATT Mobility II, LLC., c/o AT&T Services, Inc., Karen Cavagnaro, Paralegal, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 15300938 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 30 2025 01:40:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15305163 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 30 2025 01:40:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15321128 | + | Email/Text: ebnjts@grblaw.com | Apr 30 2025 01:39:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15295673 | | Email/Text: bk@lendmarkfinancial.com | Apr 30 2025 01:38:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014 |
| 15305164 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:42:08 | LNNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15296881 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:42:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15305165 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2025 01:40:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 15295675 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2025 01:39:00 | PNC Bank, N.A., The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15308353 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2025 01:39:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15305167 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2025 01:42:10 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15305166 | + | Email/Text: ebnpeoples@grblaw.com | Apr 30 2025 01:39:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15321109 | + | Email/Text: bncmail@w-legal.com | Apr 30 2025 01:39:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 16469163 | + | Email/Text: bncmail@w-legal.com | Apr 30 2025 01:39:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 15295813 | ^ | MEBN | Apr 30 2025 01:33:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15299588 | | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:41:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15305168 | | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:42:12 | T-Mobile/T-Mobile USA, Inc., by American Infosource LP as agent, P.O. Box 248848, Oklahoma City, OK 73124-8848 |
| 15305169 | | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:53:24 | Verizon, c/o American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15316349 | | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:53:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | Scolopax, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15319275 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Scolopax  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Scolopax  LLC mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor PNC Bank  National Association mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Michael S. Geisler | on behalf of Debtor Lisa M. Evans m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sloane B. O'Donnell | on behalf of Creditor PNC Bank  National Association sodonnell@fbtlaw.com, rmccartney@fbtlaw.com |
| Stephen Russell Franks | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |

TOTAL: 10