| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lisa M. Evans<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5457<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    20–22849–GLT | | |

# Order of Discharge                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Lisa M. Evans

<u>6/12/25</u>                                                                 **By the court:** <u>Gregory L Taddonio</u>
                                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                      **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-22849-GLT
Lisa M. Evans | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Evans, 511 Timber Trail, Imperial, PA 15126-9696 |
| 15295671 | | Brett A. Solomon, Esquire, Tucker Arensberg, PC, 1500 PPG Place, Pittsburgh, PA 15222 |
| 15295672 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15295674 | + | North Fayette Township, 400 North Branch Road, Oakdale, PA 15071-3646 |
| 15295676 | + | West Allegheny SD, P.O. Box 55, Imperial, PA 15126-0055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: PRA.COM | Jun 13 2025 03:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | EDI: AIS.COM | Jun 13 2025 03:59:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15316851 | | EDI: ATLASACQU | Jun 13 2025 03:59:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15305162 | + | EDI: ATTWIREBK.COM | Jun 13 2025 03:59:00 | ATT Mobility II, LLC., c/o AT&T Services, Inc., Karen Cavagnaro, Paralegal, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 15300938 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 13 2025 00:06:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15305163 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 13 2025 00:06:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15321128 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15295673 | | Email/Text: bk@lendmarkfinancial.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2025 00:06:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014 |
| 15305164 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:29 | LNNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15296881 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15305165 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:06:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 15295675 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, N.A., The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15308353 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15305167 | | EDI: PRA.COM | Jun 13 2025 03:59:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15305166 | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15321109 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:06:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 16469163 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:06:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 15295813 | ^ | MEBN | Jun 12 2025 23:59:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15299588 | | EDI: AIS.COM | Jun 13 2025 03:59:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15305168 | | EDI: AIS.COM | Jun 13 2025 03:59:00 | T-Mobile/T-Mobile USA, Inc., by American Infosource LP as agent, P.O. Box 248848, Oklahoma City, OK 73124-8848 |
| 15305169 | | EDI: AIS.COM | Jun 13 2025 03:59:00 | Verizon, c/o American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15316349 | | EDI: AIS.COM | Jun 13 2025 03:59:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | Scolopax, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15319275 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Scolopax LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Scolopax LLC mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor PNC Bank National Association mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Michael S. Geisler | on behalf of Debtor Lisa M. Evans m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sloane B. O'Donnell | on behalf of Creditor PNC Bank National Association sodonnell@fbtlaw.com, rmccartney@fbtlaw.com |
| Stephen Russell Franks | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |

TOTAL: 10