**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/12/25 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LISA M. EVANS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-22849

Chapter 13

Related to Docket No. 72

### ORDER OF COURT

AND NOW, this ___12th Day of June, 2025___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ Gregory L. Taddonio_
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22849-GLT |
| Lisa M. Evans | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Evans, 511 Timber Trail, Imperial, PA 15126-9696 |
| 15295671 | | Brett A. Solomon, Esquire, Tucker Arensberg, PC, 1500 PPG Place, Pittsburgh, PA 15222 |
| 15295672 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15295674 | + | North Fayette Township, 400 North Branch Road, Oakdale, PA 15071-3646 |
| 15295676 | + | West Allegheny SD, P.O. Box 55, Imperial, PA 15126-0055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:18:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:18:13 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15316851 | | Email/Text: bnc@atlasacq.com | Jun 13 2025 00:06:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15305162 | + | Email/Text: g17768@att.com | Jun 13 2025 00:06:00 | ATT Mobility II, LLC., c/o AT&T Services, Inc., Karen Cavagnaro, Paralegal, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 15300938 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 13 2025 00:06:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15305163 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 13 2025 00:06:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15321128 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15295673 | | Email/Text: bk@lendmarkfinancial.com | Jun 13 2025 00:06:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014 |
| 15305164 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:29 | LNNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15296881 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:18:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 20-22849-GLT    Doc 81    Filed 06/14/25    Entered 06/15/25 00:27:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15305165 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:06:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 15295675 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, N.A., The Tower at PNC Plaza, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15308353 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 00:06:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15305167 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:18:33 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15305166 | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15321109 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:06:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 16469163 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:06:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 15295813 | ^ | MEBN | Jun 12 2025 23:59:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15299588 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:18:10 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15305168 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:18:48 | T-Mobile/T-Mobile USA, Inc., by American Infosource LP as agent, P.O. Box 248848, Oklahoma City, OK 73124-8848 |
| 15305169 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:18:07 | Verizon, c/o American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15316349 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:18:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | Scolopax, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15319275 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Scolopax LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Scolopax LLC mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor PNC Bank National Association mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Michael S. Geisler | on behalf of Debtor Lisa M. Evans m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sloane B. O'Donnell | on behalf of Creditor PNC Bank National Association sodonnell@fbtlaw.com, rmccartney@fbtlaw.com |
| Stephen Russell Franks | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |

TOTAL: 10